# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | | |
|---|---|---|
| WILLIAM HOWARD, | ) | |
| Plaintiff, | ) | No. 1:16-cv-00078 |
| v. | ) | |
| | ) | JUDGE CAMPBELL |
| KEVIN GENOVESE, et al., | ) | MAGISTRATE JUDGE |
| | ) | BROWN |
| Defendants. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation on Defendants' Motion for Summary Judgment (Doc. No. 65), which was filed on June 4, 2018. (Doc. No. 69). In the Report and Recommendation, the Magistrate Judge recommends Defendants' motion for summary judgment be granted and the action be dismissed with prejudice, and any appeal not be certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, Defendants' motion for summary judgment is **GRANTED**, and this action is DISMISSED with prejudice. Any appeal of this Order will not be certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE